IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOEB & COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-cv-434-MEF |
| ) | (WO – Do Not Publish) |
| HIGH PLAINS COTTON ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Having considered the status report (Doc. #6) filed by Plaintiff on December 26, 2012, it is hereby ORDERED that Plaintiff Loeb & Company, Inc. shall provide the Court with a written report on the status of this matter within sixty (60) days from the date of this order.

DONE this the 28th day of December, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE